IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )        8:12CR379
                              )
      v.                      )
                              )
CRYSTAL CALLOWAY,             )        ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion to seal (Filing No. 48). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to seal is granted. Its motion shall remain sealed pending further order of the Court.

DATED this 16th day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court