IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR379 |
| | ) | |
| v. | ) | |
| | ) | |
| CRYSTAL CALLOWAY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's voluntary withdrawal of notice of appeal (Filing No. 61).  The Court notes defendant no longer wishes to pursue an appeal or proceed in forma pauperis.  Accordingly,

IT IS ORDERED that defendant's voluntary withdrawal of notice of appeal is granted.

DATED this 25th day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court